UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:24-cr-00009-MEMF | Date: 01/29/2024 |
| Present: The Honorable: Charles F. Eick, U.S. Magistrate Judge | |
| Interpreter N/A | Language N/A |
| Valencia Munroe | 01/29/2024 | Joseph Guzman |
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | ✔ Present | Released on Bond | Attorneys for Defendants: | ✔ Present | DFPD |
|---|---|---|---|---|---|
| Hannah Grace Whitlock | | | Carlisle, Aimee J. | | |

**Proceedings:** Arraignment of Defendant and/or    ✔ Assignment of Case    Appointment of Counsel

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Maame Ewusi-Mensah Frimpong.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/27/2024 8:30 AM; Status Conference: 2/15/2024 2:00 PM
* Judge Frimpong is located in 8B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA
     USMLA        USMED        USMSA
     Statistics Clerk          Interpreter
     CJA Supervising Attorney  Fiscal

Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: VMUN by TRI