```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                  8/8/2024

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY:_____jb_____DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>HANNAH GRACE WHITLOCK,<br><br>    Defendant. | CR No. 2:24-cr-00009(A)-MEMF<br><br>**F I R S T**<br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Possession with<br>Intent to Distribute Cocaine] |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 16, 2023, in Los Angeles County, within the Central District of California, defendant HANNAH

//

//

//

GRACE WHITLOCK knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

JOSEPH S. GUZMAN
Assistant United States Attorney
General Crimes Section