# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 2:24-cr-00009-MEMF-1  Date: September 20, 2024

Present: The Honorable Maame Ewusi-Mensah Frimpong, ☑ District Judge / ☐ Magistrate Judge

| Damon Berry | Maria Bustillos | n/a | Joseph Sebastian Guzman |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Hannah Grace Whitlock
☐ Custody ☑ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Aime J. Carlisle, DFPD and Jelani J. Lindsey, DFPD
☑ Appointed ☐ Retained

**PROCEEDINGS:** ARRAIGNMENT/CHANGE OF PLEA

☑ Defendant moves to change plea to the First Superseding Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One (1) of the First Superseding Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered

☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to April 11, 2025, at 10:00 a.m. for sentencing.

☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☑ Court orders:
If either side has any party who wishes to be heard at the time of sentencing in-person or via Zoom, shall inform the Courtroom Deputy Clerk no later than April 4, 2025. If there are any victims who will be present who need the services of an interpreter, the government is ordered to provide interpreters for the entire sentencing proceeding.

☑ Other: Arraignment held. No later than fourteen (14) days before the hearing, each party shall submit either a sentencing memorandum or a written notice of intent not to file one.

1 : 01

Initials of Deputy Clerk  DBE

cc: *Probation Office*