1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANNAH GRACE WHITLOCK,<br><br>　　　　Defendant. | Case No. 2:24-cr-00009-MEMF<br><br>**ORDER RE: EX PARTE APPLICATION TO CONTINUE SENTENCING HEARING** |

　　　　The Court is in receipt of Defendant Hannah Grace Whitlock's Ex Parte Application to Continue Sentencing Hearing. ECF No. 48 ("Ex Parte Application"). The government filed its Opposition to the Ex Parte Application on January 24, 2025. ECF No. 49 ("Opposition"). The same day, Whitlock filed her Reply in support of the Ex Parte Application. ECF No. 50.

　　　　Although Whitlock asserts that the government's opposition was due twenty-four hours after the filing of the Ex Parte Application, Whitlock cites no authority in support of this proposition, and the Court is unaware of a rule setting such a deadline. Therefore, the Court does not find that the Opposition is late and will consider it. The Court also notes that Whitlock does not explain why retaining the expert and seeking permission to practice in Washington did not occur shortly after the sentencing. It appears that if Whitlock had done so, the sentencing hearing could have taken place in

April as presently scheduled. But the Court also notes that the government has not identified the prejudice to a short continuance at this time.

GOOD CAUSE HAVING BEEN SHOWN, the Court ORDERS as follows:

1. The sentencing in this matter be continued to from April 11, 2025, at 10:00 a.m. to July 11, 2025, at 10:00 a.m. Defendant shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California for sentencing at that date and time.
2. No later than fourteen (14) days before the hearing, each party shall submit either a sentencing memorandum or a written notice of intent not to file one.
3. Any objections to the presentence report, including the JSIN data and any proposed conditions of supervised release are due fourteen (14) days after the presentence report in accordance with Federal Rule of Criminal Procedure 32.
4. Either party may elect to combine its sentencing memorandum and objections to the presentence report into the same document; if so, it is due on the timeline dictated by Rule 32—that is, fourteen (14) days after the presentence report.
5. If either party seeks to have any witnesses heard at the sentencing hearing, they should advise the Courtroom Deputy Clerk via email by the Friday before the hearing and indicate whether they request that any of the witnesses be heard via Zoom.
6. Any further requests for a continuance shall be accompanied by a detailed declaration setting forth the good cause for the continuance, including a showing of diligence by Whitlock.

DATED: 01-30-2025   By

HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge